Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−29663−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Faith Crouch
   41 Somer Set Avenue
   Pleasantville, NJ 08232

Social Security No.:
   xxx−xx−9395

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐  An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: January 31, 2020
JAN: jpl

                                                       Jeanne Naughton
                                                     Clerk

Case 19-29663-JNP    Doc 15    Filed 02/02/20    Entered 02/03/20 00:26:50    Desc Imaged
                           Certificate of Notice    Page 3 of 4

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 19-29663-JNP
Faith Crouch                                                        Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin              Page 1 of 2         Date Rcvd: Jan 31, 2020
                             Form ID: cscnodsc        Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2020.
db           +Faith Crouch,   41 Somer Set Avenue,   Pleasantville, NJ 08232-2242
518517423    +Citi Bank,   PO Box 6241,   Sioux Falls, SD 57117-6241
518517424    +Citibank,   PO Box 6500,   Sioux Falls, SD 57117-6500
518517427     Credence Resource Management,   PO Box 2390,   Southgate, MI 48195-4390
518517426    +Credence Resource Management,   PO Box 2300,   Southgate, MI 48195-4300
518517428     Exeter,   PO Box 204480,   Dallas, TX 75320-4480
518517429     Firstsource Advantage,   PO Box 628,   Buffalo, NY 14240-0628
518517430    +Firstsource Advantage, LLC,   205 Bryant Woods South,   Buffalo, NY 14228-3609
518519668     Jamell Crouch,   41 Somerset Avenue,   Pleasantville NJ 08232-2242
518517433    +Mr. Cooper,   8950 Cypres Waters Blvd.,   Coppell, TX 75019-4620
518517434    +NCB Management Services, Inc.,   PO Box 1099,   Langhorne, PA 19047-6099
518517435    +Nissan Motor Acceptance Corp.,   P.O. Box 660360,   Dallas, TX 75266-0360
518517437    +Tilton Storage,   2598 Tilton Rd,   Egg Harbor Township, NJ 08234-1885
518649736     Towd Point Mortgage Trust 2019-4, U.S. Bank Nation,   KML Law Group PC,   Sentry Office Plaza,
               216 Haddon Avenue, Suite 206,   Westmont, NJ 08108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 01 2020 00:25:29      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 01 2020 00:25:26      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518517421     E-mail/Text: g20956@att.com Feb 01 2020 00:25:57      AT&T Mobility,   PO Box 537104,
               Atlanta, GA 30353-7104
518517422    +E-mail/Text: bankruptcy@pepcoholdings.com Feb 01 2020 00:25:03      Atlantic City ElectricIty,
               PO Box 13610,   Philadelphia, PA 19101-3610
518517425     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 01 2020 00:25:13      Comenity - Boscov's,
               PO Box 659622,   San Antonio, TX 78265-9622
518523581    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 01 2020 00:34:24      Exeter Finance LLC,
               AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518517431    +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2020 00:33:18      LVNV Funding,
               PO Box 10497,   Greenville, SC 29603-0497
518517432    +E-mail/Text: bknotices@mbandw.com Feb 01 2020 00:25:49      McCarthy, Burgess & Wolff,
               The MB&W Building,   26000 Cannon Road,   Bedford, OH 44146-1807
518517436     E-mail/Text: compliance@sentrycredit.com Feb 01 2020 00:26:10      Sentry Credit, Inc.,
               PO Box 12070,   Everett, WA 98206-2070
518519274    +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2020 00:34:14      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2020 at the address(es) listed below:
              Andrew L. Miller    on behalf of Debtor Faith  Crouch millerar85252@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Towd Point Mortgage Trust 2019-4, U.S. Bank National
               Association, as Indenture Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
```

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Jan 31, 2020
                               Form ID: cscnodsc        Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 5