Order Filed on November 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and phone number]*<br><br>ANDREW L. MILLER, ESQ.<br>LAW OFFICE OF ANDREW L. MILLER<br>1550 New Road, Suite A<br>Northfield, NJ 08225<br>(609) 645-1599(p)<br>(609) 645-7554(f)<br>andrewmiller@almlaw.com | |
| In Re:<br><br>FAITH CROUCH | Case No.:     19-29663<br><br>Chapter:     7<br>Hearing Date: 11/12/2024<br>Judge:     JNP |

# ORDER GRANTING MOTION TO REOPEN CASE TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

The relief set forth on the following page is **ORDERED**.

**DATED: November 12, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reopen Case to File Certification About a Financial Management Course, and any related responses or objections, it is hereby

ORDERED that:

1. The debtor's case is reopened.

2. If the debtor(s) has not already done so, then within 14 days of the date of this order, the debtor(s) must file the *Certification About a Financial Management Course* (if this is a joint case, each debtor must file a separate Certification) and a Certification in Support of debtor's Discharge (if this is a joint case, each debtor must file a separate Certification)

3. The debtor's discharge shall be entered upon the filing of the *Certification About a Financial Management Course and the filing of Debtor's Certification in Support of debtor's Discharge.*

4. If the debtor(s) fails to file the *Certification About a Financial Management Course and Certification in Support of debtor's Discharge* within 14 days of the date of this order, the case will be reclosed without entry of the discharge, and without further notice from the Court.

5. Nothing in the herein Order shall be construed as a re-imposition of the Automatic Stay as to the Secured Creditor, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3.