Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.: 19–29663–JNP
                            Chapter: 7
                            Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Faith Crouch
   41 Somer Set Avenue
   Pleasantville, NJ 08232

Social Security No.:
   xxx–xx–9395

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Douglas S. Stanger is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 13, 2024</u>                <u>Jerrold N. Poslusny Jr.</u>
                                                     Judge, United States Bankruptcy Court