| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on November 12, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

ANDREW L. MILLER, ESQ.
LAW OFFICE OF ANDREW L. MILLER
1550 New Road, Suite A
Northfield, NJ 08225
(609) 645-1599(p)
(609) 645-7554(f)
andrewmiller@almlaw.com

In Re:

FAITH CROUCH

Case No.:   19-29663

Chapter:   7
Hearing Date:   11/12/2024
Judge:   JNP

### ORDER GRANTING MOTION TO REOPEN CASE TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

The relief set forth on the following page is **ORDERED**.

**DATED: November 12, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reopen Case to File Certification About a Financial Management Course, and any related responses or objections, it is hereby

ORDERED that:

1. The debtor's case is reopened.

2. If the debtor(s) has not already done so, then within 14 days of the date of this order, the debtor(s) must file the *Certification About a Financial Management Course* (if this is a joint case, each debtor must file a separate Certification) and a Certification in Support of debtor's Discharge (if this is a joint case, each debtor must file a separate Certification)

3. The debtor's discharge shall be entered upon the filing of the *Certification About a Financial Management Course and the filing of Debtor's Certification in Support of debtor's Discharge.*

4. If the debtor(s) fails to file the *Certification About a Financial Management Course and Certification in Support of debtor's Discharge* within 14 days of the date of this order, the case will be reclosed without entry of the discharge, and without further notice from the Court.

5. Nothing in the herein Order shall be construed as a re-imposition of the Automatic Stay as to the Secured Creditor, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-29663-JNP |
| Faith Crouch | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 13, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Faith Crouch, 41 Somer Set Avenue, Pleasantville, NJ 08232-2242 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Miller | on behalf of Debtor Faith Crouch millerar85252@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1                               User: admin                                    Page 2 of 2
Date Rcvd: Nov 13, 2024                    Form ID: pdf903                               Total Noticed: 1
TOTAL: 5